UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **DETROY COOPER,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **SHELBY COUNTY JAIL,** | CASE NO: 16-2800-STA-egb |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on November 30, 2017, this cause is hereby dismissed without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 12/1/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk